## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

FAIRRY BONNER, on behalf of herself
and all others similarly situated,

      Plaintiff,

Case No.: 22-cv-3235

v.

CONVERGENT OUTSOURCING, INC.
and JOHN AND JANE DOES 1-25,

      Defendants.

_____/

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Convergent Outsourcing, Inc. ("COI"), by its attorney, hereby removes this action from the Superior Court of New Jersey, Essex County Law Division, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, Defendant states as follows:

    1. Plaintiff Fairry Bonner, originally commenced this action by filing a Summons and Complaint against Defendant in the Superior Court of New Jersey, Essex County Law Division, where it is presently captioned as *Fairry Bonner, on behalf of herself and all others similarly situated v. Convergent Outsourcing, Inc. and John and Jane Does 1-25,* Docket No.: ESX-L-002525-22. No further proceedings before the State court have occurred.

2. In the Complaint, plaintiff alleges a statutory cause of action against Defendant. A true and correct copy of the Complaint is attached hereto as Ex. "A."

3. Plaintiff accuses Defendant of violating the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

4. Defendant received Plaintiff's Summons and Complaint on or about May 2, 2022.

5. This Court has jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claim is founded upon a claim or right arising under the laws of the United States.

6. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which Defendant received Plaintiff's Summons and Complaint. *See* 28 U.S.C. § 1446.

7. Written notice of this Notice of Removal of this action is being immediately provided to Superior Court of New Jersey, Essex County Law Division. *See* Ex. "B."

8. Written notice of this Notice of Removal of this action is being caused to be served on the Plaintiff.

WHEREFORE, Defendant Convergent Outsourcing, Inc. gives notice that this action is removed from the Superior Court of New Jersey, Essex County Law Division, to the United States District Court for the District of New Jersey.

Dated: May 27, 2022                     Respectfully submitted

*/s/ Aaron R. Easley*
Aaron R. Easley, Esq.
SESSIONS, ISRAEL & SHARTLE, LLC
3 Cross Creek Drive
Flemington, NJ  08822-4938
Tel: 908-237-1660
Fax: 877-334-0661
*Counsel for Defendant,*
*Convergent Outsourcing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2022, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the District of New Jersey, and served via CM/ECF and U.S. Mail upon the following:

Joseph K. Jones, Esq.
Jones, Wolf & Kapasi, LLC
375 Passaic Avenue, Suite 100
Fairfield, NJ  07004
*Attorneys for Plaintiff,*
*Fairry Bonner*

By:  */s/ Aaron R. Easley*
Counsel for Defendant,
Convergent Outsourcing, Inc.